JOHN J. MCALLISTER et ux., respondents,

*v.*

RICHARD MCALLISTER, trustee, et al., appellants.

[Decided January 28th, 1937.]

*Messrs. McCarter & English,* for the respondents.

*Messrs. Cole & Cole* and *Messrs. Babcock & Champion,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy, and reported in *120 N. J. Eq. 407.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 14.

*For reversal*—None.